ACCEPTED
14-15-00309-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/23/2015 2:20:51 PM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00309-CR

| ROBERT DOWNING | § | IN THE COURT OF APPEALS |
| VS. | § | FOR THE FOURTEENTH DISTRICT |
| THE STATE OF TEXAS | § | OF TEXAS AT HOUSTON |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/23/2015 2:20:51 PM
CHRISTOPHER A. PRINE
Clerk

### STATE'S SECOND MOTION TO EXTEND THE TIME
### FOR FILING THE STATE'S BRIEF

**TO THE HONORABLE JUDGES OF SAID COURT:**

The State of Texas respectfully requests that the time for filing its brief in this cause be extended. In support of this motion the State would show the Court the following:

Appellant pleaded not guilty to a jury and was convicted of felony evading arrest; he was assessed a sentence of five years in TDCJ, probated for five years. Counsel believes appellant is not currently incarcerated. Appellant filed his brief on July 28, 2015, and the State's brief was due on first extension on October 5, 2015. The State requests an extension of time to file its brief until November 23, 2015.

Counsel has good cause for the delay in filing this brief. Undersigned counsel has been retained as a special prosecutor by the Hardin County D.A.'s Office to prepare and file the brief and represent the State of Texas in this appeal, because that office does not have an appellate attorney. Undersigned counsel is also the only appellate attorney in the Kaufman County D.A.'s office, responsible for all appeals and writs, as well as multiple other assignments there, including open records

Page 1

requests, motions for expunction and non-disclosure, and trial support. Counsel is also working on preparation for trial of a death penalty case, State v Charles Brownlow, in which the trial court held a week-long Chapter 46B trial on incompetency beginning on September 14. Counsel then had a trial brief to file on that issue by October 2, and counsel then had to prepare and file a response to Brownlow's request for a pre-trial jury determination of whether he is intellectually disabled (mentally retarded) on October 16. Counsel also had to prepare and file the State's briefs in cause numbers 05-14-01073-CR and 05-15-00032-CR in the past six weeks and argued 05-14-01073-CR on September 23. Counsel is currently completing the State's brief in 05-15-00078-CR, which is set for submission November 3.

In addition, counsel has been limited in counsel's ability to work long hours at the computer in the past six weeks due to an exacerbation of counsel's inflammatory arthritis as well as counsel's optician's errors in completing counsel's new prescription lenses and resulting on-going eyestrain. Counsel received a third set of new lenses this week and must return to the optometrist because one lens is still incompletely correcting counsel's vision.

Counsel must also prepare findings of fact as soon as possible in five 11.07 writs on five unrelated defendants in cases in which the Court of Criminal Appeals has ordered the trial court to respond immediately. One previous extension has been requested by the State in this matter.

Page 2

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that the time for filing the State's brief be extended until November 23, 2015.

Respectfully submitted,

David A. Sheffield
Hardin County District Attorney
P.O. Box 1409
Kountze, Texas 77625
(409) 246-5160

___/s/ Sue Korioth_____
by Sue Korioth
Special Prosecutor for Hardin County
State Bar Card No. 11681975
P.O. Box 600103
Dallas, Texas 75360
(214) 384-3864
suekorioth@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served on Michael Nyugen, Attorney for Appellant, 701 N. Post Oak Road, Suite 207, Houston, Texas 77024, by depositing same in the United States Mail, Postage Prepaid, on the 23rd day of October, 2015, or by e-service if defense counsel is registered with an e-service provider.

__/s/ Sue Korioth_____
SUE KORIOTH